Re: Stephen Thomas
T.D.C.J. # 317322
Clements Unit
9601 Spur 591
Amarillo, Texas
    79107-9606

11,035-08

February 2, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Criminal Court of Appeals
Austin Texas

Sir!    I'm writing concerning a recent
Writ of Habeas Corpus 11.07 that was
to be forwarded to the Court of
Criminal Appeals, from Dallas County
Texas, Cause Numbered W-80-15637-N(E)
also Responce & Objection to the trial
Courts Facts & findings in said Cause
Prepared by, Applicant, Stephen Silas Thomas
317322, I have not recent notice from the
Clerk, nor Court of Appeals that either
Such have been recieved, and filed. Also
please find attached to original Habeas
Corpus Cause # W 80 15637, "Motion to Leave

I'm humbly requesting that the Clerk of Criminal Appeals notarify the Applicant that all pertinant papers in this cause are, and were recieved from Dallas County, Texas, and the Applicant's "Motion to leave" and Objections to the facts and findings of the 195th Judicial District Court of Dallas County Texas)

It's essential to these proceedings that each, and every information in this cause are met in a timely Manner, to support applicant's claim for relief under 11.07 Vernon Assn. Criminal Court of Proceedings

Thank you kindly for your time and respence in this manner

Respectfully

Stephen Thomas #373322